UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NATY C. LAROZA,                              No. 2:10-cv-00275-MCE-DAD

      Plaintiff,

  v.                                        MEMORANDUM AND ORDER

BANK OF AMERICA, N.A.; SIERRA
PACIFIC MORTGAGE; AMERICA'S
SERVICING COMPANY; FIRST
AMERICAN LOANSTAR TRUSTEE
SERVICES,

      Defendants.

----oo0oo----

    This action arises out of a mortgage loan transaction in which Plaintiff Naty C. Laroza ("Plaintiff") financed her home in 2006.  Presently before the Court are Motions by Defendants Bank of America, N.A.; Wells Fargo Bank, N.A doing business as America's Servicing Company; Sierra Pacific Mortgage Company, Inc.; and First American Loanstar Trustee Services ("Defendants") to Dismiss the claims alleged against them in Plaintiff's Complaint for failure to state a claim upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).  Plaintiff has failed to timely file an opposition.

1

1    Pursuant to Local Rule 230(c), opposition to a motion must
2   be filed not less than fourteen (14) days prior to the date of
3   the hearing.  The date of the hearing on motion was set for
4   May 27, 2010.  Fourteen (14) days prior to the hearing was
5   May 13, 2010.  No opposition was filed as required.
6    In light of the fact that no opposition was filed by
7   Plaintiff, Defendants' Motions to Dismiss (Docket Nos. 7, 8 and
8   10) are GRANTED with leave to amend.[1]
9    Plaintiff may file an amended complaint not later than
10  twenty (20) days after the date this Memorandum and Order is
11  filed electronically.  If no amended complaint is filed within
12  said twenty (20)-day period, without further notice, Plaintiff's
13  claims will be dismissed without leave to amend.
14    IT IS SO ORDERED.

15   Dated: June 8, 2010

18    _____
      MORRISON C. ENGLAND, JR.
      UNITED STATES DISTRICT JUDGE

27    [1] Because oral argument will not be of material assistance,
28  the Court deemed this matter suitable for decision without oral
    argument.  Local Rule 230(g).